IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ALMALINDA RODRIGUEZ ZIEMS,

    Plaintiff,

v.     No. CIV-15-0639 MCA/LAM

LTD DRIVING SCHOOL, INC., and
DAVID A. FRESQUEZ, individually,

    Defendants.

## SECOND ORDER RESETTING TELEPHONIC RULE 16 INITIAL SCHEDULING CONFERENCE

| | |
|---|---|
| MATTER(S) TO BE HEARD: | **Rule 16 Initial Scheduling Conference** |
| DATE AND TIME OF HEARING: | Tuesday, November 10, 2015 at 10:30 a.m. (Trailing Docket – 30 minutes) |
| LOCATION: | U.S. Courthouse and Federal Building, 5th Floor, 100 N. Church, Las Cruces, NM, before U.S. Magistrate Judge LOURDES A. MARTÍNEZ |

**The parties shall call into the Court's "meet-me" line at 505-348-2694.** It is recommended that a reliable long-distance carrier be used to ensure sound quality. This line can only accommodate up to six telephone lines, including the Court's. If the parties anticipate that they will exceed this capacity, they must contact the Court immediately so that alternative arrangements may be made.

    IT IS SO ORDERED.

*/s/ Lourdes A. Martínez*
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**